United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VUJASINOVIC & BECKCOM, PLLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2546 |
| | § | |
| GINA CUBILLOS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The renewed motion to compel arbitration filed by Vujasinovic & Beckcom, PLLC, (Docket Entry No. 28), is granted. For the reasons stated in the accompanying Memorandum and Order, this suit is dismissed without prejudice in favor of arbitration. Each party is to bear its own costs.

SIGNED on September 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge